**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tamara LLAMAS, a/k/a Tamara Deyton, a/k/a Tamara Mullins, a/k/a Tamara Smith, a/k/a Tammy, Defendant–Appellant.**

No. 01–6934.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 11, 2001.

Tamara Llamas, pro se. Robert Edward Skiver, Assistant United States Attorney, J. Frank Bradsher, Office of the United States Attorney, Raleigh, NC, for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Tamara Llamas seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Llamas,* Nos. CR–97–63–H; CA–00–254–7–H (E.D.N.C. filed Apr. 5, 2001; entered Apr. 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*